# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REX ALLEN GREGORY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NANCY A. BERRYHILL, )<br>)<br>Defendant. ) | Case No. 15-cv-905-JPG-CJP |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for benefits is **AFFIRMED.**

Judgment is entered in favor of defendant, **Nancy Berryhill**, Acting Commissioner of Social Security, and against plaintiff **Rex Allen Gregory**.

DATED:  2/16/2017

                                                  JUSTINE FLANAGAN
                                                  **Acting Clerk of Court**

                                                  **BY:** s/Tina Gray
                                                           **Deputy Clerk**

**APPROVED:**

  s/J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**